**SUPPRESSED FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAN 2 3 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | CASE NUMBER: 14-30017-DRH |
| JENNIFER ROSE EADER, | ) | |
| a/k/a "Rayne" | ) | |
| MICHAEL JOHNSON, | ) | 18 U.S.C. § 922(g)(1); |
| a/k/a "Tru" or "Daddy Tru" | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| Defendants. | ) | |

## COUNT 1
### FELON IN POSSESSION OF FIREARMS

On or about December 19, 2013, in St. Clair County, within the Southern District of Illinois,

**JENNIFER ROSE EADER**
**a/k/a "Rayne,"**

defendant herein, having previously been convicted of a felony punishable by imprisonment for a term exceeding one year, namely: Distribution of a Controlled Substance, on or about April 16, 2010, in Cause Number 10SL-00057, in the Twenty-First Judicial Circuit, in St. Louis, County, Missouri, did knowingly possess, in and affecting commerce, firearms, to wit: (1) a Davis Industries, Model P-380, .380 Auto Caliber Pistol, bearing no serial number; and (2) a Western Field, Model M550ABD, 12 Gauge Shotgun, bearing serial number H800305, a better description of which is unknown to the Grand Jury. All in violation of Title 18, United States Code, Section 922(g)(1).

1

## COUNT 2
### FELON IN POSSESSION OF FIREARMS

On or about December 19, 2013, in St. Clair County, within the Southern District of Illinois,

**MICHAEL JOHNSON,**
a/k/a "Tru" or "Daddy Tru"

defendant herein, having previously been convicted of a felony punishable by imprisonment for a term exceeding one year, namely: Unlawful Delivery of a Controlled Substance While Located within 1000 Feet of a Public Park, on or about May 31, 2007, in Cause Number 06-CF-2117, in the Third Judicial Circuit, in Madison County, Illinois, did knowingly possess, in and affecting commerce, firearms, to wit: (1) a Davis Industries, Model P-380, .380 Auto Caliber Pistol, bearing no serial number; (2) a J.C. Higgins, Model 80, .22 Long Rifle Caliber Pistol, bearing serial number 663848; and (3) a Western Field, Model M550ABD, 12 Gauge Shotgun, bearing serial number H800305, a better description of which is unknown to the Grand Jury. All in violation of Title 18, United States Code, Section 922(g)(1).

### Forfeiture of Firearms Allegation

Upon conviction of the offense alleged in Counts 1-2 of this Indictment,

**JENNIFER ROSE EADER**
a/k/a "Rayne," and
**MICHAEL JOHNSON,**
a/k/a "Tru" or "Daddy Tru"

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offense described in Counts 1-2 of this Indictment, including but

not limited, to the following: (1) a Davis Industries, Model P-380, .380 Auto Caliber Pistol, bearing no serial number; (2) a J.C. Higgins, Model 80, .22 Long Rifle Caliber Pistol, bearing serial number 663848; and (3) a Western Field, Model M550ABD, 12 Gauge Shotgun, bearing serial number H800305, and all ammunition contained within the firearm.

_____
MONICA A. STUMP
Assistant United States Attorney

_____
STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: Detention